# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                        )

DONALD PAUL CREMEANS      )          CASE NO. 16-05760-MH3-13
1299 ARCHWOOD DRIVE        )
CLARKSVILLE, TN 37042       )          JUDGE MARIAN F HARRISON
                       )
                       )

SSN XXX-XX-4853

---

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS 3/27/2017.**

**IF A RESPONSE IS TIMELY FILED THE HEARING DATE WILL BE: 4/19/2017 AT 8:30 AM CUSTOMS HOUSE, COURTROOM 1, 701 BROADWAY, 2ND FL, NASHVILLE, TN , 37203.**

---

## NOTICE OF MOTION TO DISALLOW CLAIM OF

## UNITED CONSUMER FINANCIAL SERVICES (PAYEE UNITED CONSUMER FINANCIAL SERVICES) COURT'S CLAIM #9

    Henry E. Hildebrand, III, Chapter 13 Trustee, has asked the court for the following relief: Motion to Disallow Claim of UNITED CONSUMER FINANCIAL SERVICES (PAYEE UNITED CONSUMER FINANCIAL SERVICES).

    **YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion or if you want the court to consider your views on the motion, then on or before <u>the response date stated above</u>, you or your attorney must:

1. File with the court your response or objection explaining your position. Please note: the Bankruptcy Court for the Middle District of Tennessee requires electronic filing. Any response objection you wish to file must be submitted electronically. To file electronically, you or your attorney must go to the court website and follow the instructions at: https://ecf.tnmb.uscourts.gov.

    If you need assistance with Electronic Case Filing you may call the Bankruptcy Court at (615)736-5584. The Bankruptcy Court may be visited in person at: US Bankruptcy Court, 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M.- 4:00 P.M.).

2. Your response must state the deadline for filing response, the date of the scheduled hearing, and the motion to which you are responding .

    If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE**. You may check whether a timely response has been filed by calling the Clerk's office at 615-736-5584. If you received this notice by mail, you may have three additional days in which to file a timely response under Rule 9006(f) of the Federal Rules of Bankruptcy Procedure.

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN 37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
DONALD PAUL CREMEANS )     CASE NO. 16-05760-MH3-13
1299 ARCHWOOD DRIVE )     JUDGE MARIAN F HARRISON
CLARKSVILLE, TN  37042 )
)
SSN XXX-XX-4853

## MOTION TO DISALLOW CLAIM OF
## UNITED CONSUMER FINANCIAL SERVICES (PAYEE UNITED CONSUMER FINANCIAL SERVICES) COURT'S
## CLAIM #9

    Henry E. Hildebrand, III, Standing Trustee for Chapter 13 matters in the Middle District of Tennessee ("Trustee") , respectfully requests this Court disallow the proof of claim asserted on behalf of UNITED CONSUMER FINANCIAL SERVICES (payee UNITED CONSUMER FINANCIAL SERVICES), in the amount of  $1,291.00 filed as claim #9 on the Court's claims register.  In support thereof, the Trustee would state as follows:

Duplicate claim.  The Trustee would state that the proof of claim filed by UNITED CONSUMER FINANCIAL SERVICES  (Payee UNITED CONSUMER FINANCIAL SERVICES) is a duplicate of Court Claim #7 on the Court's Claims Register .

    WHEREFORE, the premises considered, the Trustee requests that this court disallow the claim of UNITED CONSUMER FINANCIAL SERVICES, payee UNITED CONSUMER FINANCIAL SERVICES, filed as claim #9 on the Court's claims register .

        Respectfully submitted,

        /s/ Henry E. Hildebrand, III
        HENRY E. HILDEBRAND, III
        CHAPTER 13 TRUSTEE
        P O BOX 340019
        NASHVILLE, TN  37203
        PHONE:  615-244-1101
        FAX:  615-242-3241
        pleadings@ch13nsh.com

    I hereby certify that a true and correct copy of the foregoing has been served by US Postal Service, postage prepaid on DONALD PAUL CREMEANS, 1299 Archwood Drive, Clarksville, TN  37042; and
UNITED CONSUMER FINANCIAL SERVICES  865 BASSETT RD, WESTLAKE, OH  44145;
and through email by Electronic Case Noticing to Ms Beth R Derrick, Assistant US Trustee, and SCOTT D WILSON, Debtor's counsel

on this 24th day of February, 2017 .

        /s/ Henry E. Hildebrand, III
        HENRY E. HILDEBRAND, III
        Chapter 13 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
DONALD PAUL CREMEANS )
1299 ARCHWOOD DRIVE )  CASE NO. 16-05760-MH3-13
CLARKSVILLE, TN 37042 )
)  JUDGE MARIAN F HARRISON
)
SSN XXX-XX-4853

---

## ORDER TO DISALLOW CLAIM OF

## UNITED CONSUMER FINANCIAL SERVICES (PAYEE UNITED CONSUMER FINANCIAL SERVICES) COURT'S CLAIM #9

---

It appearing to the Court, based upon the certification of the Trustee, as indicated by his electronic signature below, that the Trustee has filed a motion seeking to disallow the claim of the below-listed creditor due to:

The claim is a duplicate of a previously filed Court's claim #7;

that the Trustee has served notice of the motion on the claimant, the debtor and debtor's counsel, providing them the opportunity to object to the motion; and that the Trustee has received no objection to the motion as required by Rule 9014-1 of the Local Rules of the Bankruptcy Court for the Middle District of Tennessee, it is therefore

ORDERED, that the claim asserted by the creditor below is disallowed .

        Creditor Name: UNITED CONSUMER FINANCIAL SERVICES (payee UNITED CONSUMER FINANCIAL SERVICES)
        Court's Claim Number: 9
        Account Number: xxxxxxxx

APPROVED FOR ENTRY:

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN 37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE
TOP OF THE FIRST PAGE.