# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | : CASE NO: 16-05760-MFH |
| | : CHAPTER: 13 |
| | : |
| DONALD PAUL CREMEANS | : |
|    Debtor | : |
| | : |

## AGREED ORDER DENYING TRUSTEE'S MOTION TO DISALLOW CLAIM AND PROHIBITING THE ASSESSMENT OF FEES, COSTS, OR SET-OFF

This matter was scheduled to be heard on March 22, 2017 upon the Trustee's Motion to Disallow a proof of claim asserted on behalf of UNITED SECURITY FINANCIAL CORP designated as claim # 8 on the Court's claims register.

Subsequent to the filing of the Trustee's motion, the proof of claim was amended or otherwise supplemented to address the ground(s) for the Trustee's motion. Based on the amendment and/or supplement, the Trustee, by his electronic signature below, indicates consent to the denial of his Motion to Disallow, on the terms stated in this order.

ORDERED, the Trustee's Motion to Disallow the Claim is denied; it is further

ORDERED, based on the postpetition installment payment stated on the proof of claim, the confirmed plan is modified to increase the monthly installment payment to be disbursed to United

Security Financial Corp. from $989.24 to $1,012.54 effective with the November 2016 payment; it is further

ORDERED, that the creditor and any other servicer for such creditor are prohibited and forever barred from assessing any fees, costs, or set-off amounts against the debtor or against the property that serves as collateral for its loan in connection with the motion resolved by this agreed order.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED BY:

/s/ Henry E. Hildebrand, III
_____

Digitally signed by /s/ Henry E. Hildebrand, III
DN: cn=/s/ Henry E. Hildebrand, III, c=US, o=chapter 13 trustee, ou=finance(51), email=pleadings@ch13nsh.com
Date: 2017.02.28 13:16:27 -06'00'

Henry Edward Hildebrand, III
Chapter 13 Trustee
TN BPR No.
Office of the Chapter 13 Trustee
PO BOX 340019
Nashville, TN 37203
615-244-1101
hank13@ch13nsh.com


/s/ Natalie Brown
Natalie Brown
TN BPR No. 022452
Rubin Lublin TN, PLLC
119 S. Main Street, Suite 500
Memphis, TN 38103
(877) 813-0992
nbrown@rubinlublin.com
Attorney for Creditor



Scott D. Wilson, Esq.
405 1/2A 31St Avenue North
Nashville, TN 37209
615-297-2400
wilsonlgl@hotmail.com
Attorney for the Debtor

DISTRIBUTION LIST

DONALD PAUL CREMEANS
1299 ARCHWOOD DRIVE
Clarksville, TN 37042

Scott D. Wilson, Esq.
405 1/2A 31St Avenue North
Nashville, TN 37209

Henry Edward Hildebrand, III, Trustee
Office of the Chapter 13 Trustee
PO BOX 340019
Nashville, TN 37203

United States Trustee
Office of the United States Trustee
701 Broadway, Suite 318
Nashville, TN 37203

Natalie Brown, Esq.
Rubin Lublin TN, PLLC
119 S. Main Street, Suite 500
Memphis, TN 38103