# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DONALD PAUL CREMEANS | ) | |
| 1299 ARCHWOOD DRIVE | ) | CASE NO. 16-05760-MH3-13 |
| CLARKSVILLE, TN  37042 | ) | |
| | ) | JUDGE MARIAN F HARRISON |
| | ) | |

SSN XXX-XX-4853

## ORDER TO DISALLOW CLAIM OF
## UNITED CONSUMER FINANCIAL SERVICES (PAYEE UNITED CONSUMER FINANCIAL SERVICES) COURT'S CLAIM #9

It appearing to the Court, based upon the certification of the Trustee, as indicated by his electronic signature below, that the Trustee has filed a motion seeking to disallow the claim of the below-listed creditor due to:

The claim is a duplicate of a previously filed Court's claim #7;

that the Trustee has served notice of the motion on the claimant, the debtor and debtor's counsel, providing them the opportunity to object to the motion; and that the Trustee has received no objection to the motion as required by Rule 9014-1 of the Local Rules of the Bankruptcy Court for the Middle District of Tennessee, it is therefore

ORDERED, that the claim asserted by the creditor below is disallowed .

    Creditor Name:  UNITED CONSUMER FINANCIAL SERVICES  (payee UNITED CONSUMER FINANCIAL SERVICES)
    Court's Claim Number:  9
    Account Number:  xxxxxxx

APPROVED FOR ENTRY:

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
PHONE:  615-244-1101
FAX:  615-242-3241
pleadings@ch13nsh.com

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE
TOP OF THE FIRST PAGE.